**Order entered January 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00746-CV

**JEK LENDING, L.L.C., Appellant**

**V.**

**ANTELOPE 2001, L.P., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03599**

## ORDER

Before the Court is appellant's January 4, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **February 11, 2019**.

/s/     ERIN A. NOWELL
        JUSTICE